THE TRUMP CORPORATION
725 5TH AVENUE
NEW YORK, NY 10022

CAPITAL ONE, N.A.
57 WEST 57TH STREET
NEW YORK, NY 10019

NO. 015820
50-791/214

CHECK DATE 02/21/18

CHECK AMOUNT ****$151,470.00**

PAY **ONE HUNDRED FIFTY ONE THOUSAND FOUR HUNDRED SEVENTY DOLLARS AND NO CENTS******

TO THE ORDER OF   UNITED STATES TREASURY

TWO SIGNATURES NEEDED ON AMTS OVER $10,000.

(b) (4)

⑆015820⑆ ⑉021407912⑉

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

The security features listed below, as well as those not listed,
exceed industry guidelines. Absence of these features may indicate alteration.

# Morgan Lewis

Sheri Dillon
Partner
1-202-373-5749
Sheri.Dillon@MorganLewis.com

February 22, 2018

Gifts to the United States
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

Re:     Gift to the United States

To Whom It May Concern:

On behalf of The Trump Organization, please find enclosed a check for $151,470 made payable to the United States Treasury. The Trump Organization is pleased to make this voluntary donation to the U.S. government and requests that it be deposited into the "Gifts to the United States" account for the unconditioned and general use of the federal government.

Sincerely,

*[signature]*

Sheri A. Dillon

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
United States

T +1.202.739.3000
F +1.202.739.3001

# 215 Deposit Ticket Report

**Generated:** 02/26/2018 08:34:47 AM EST

From Date: 02/26/2018

To Date: 02/26/2018

**215 - Deposit Ticket**

**OTC Endpoint:** 2018000201  **Deposit Ticket No:** 606386  **Settlement Date:** 02/26/2018  **Voucher Date:** 02/23/2018

**Fiscal Agent:** FRB Cleveland

| Cashier ID | Transaction Date | Summary Count | Summary Amount |
|---|---|---|---|
| **215 - Detail** | | | |
| **OTC Endpoint:** 2018000201 | **Description:** Credit Accounting Branch | **ALC+2:** 2018000201 | |
| (b) (6) | 02/23/2018 | 2 | $151,670.00 |
| **Total ALC: 2018000201** | | 2 | $151,670.00 |

(b) (6)   $151,470.00 - 201299
$      200.00 - 201099.18
$151,670.00

# 215 Deposit Ticket Report

Generated: 02/26/2018 08:34:47 AM EST

From Date: 02/26/2018

To Date: 02/26/2018

**215 - Summary**

| | |
|---|---|
| **Summary number of count:** | 2 |
| **Summary of total amount:** | $151,670.00 |