UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RODERICK WEBBER, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> EDWARD DECK, ET AL., ) <br> ) <br> Defendants ) | Case No. 1:18-cv-00931-LM |

**CAMPAIGN DEFENDANTS'**
**ASSENTED-TO MOTION TO DISMISS**

Defendants Donald J. Trump, Donald J. Trump for President, Inc., Edward Deck, XMark, LLC, and Rep. Fred Doucette (the "Campaign Defendants"), respectfully move the court, with plaintiff's assent and pursuant to the terms of the settlement agreement between plaintiff and the Campaign Defendants, to dismiss plaintiff's claims against the Campaign Defendants with prejudice. The Campaign Defendants represent to the court that they have fully performed their obligations under the settlement agreement and that the agreement provides that upon completion of their performance they will seek dismissal with prejudice by assented-to motion.

1

                                              Respectfully submitted,

                                              Donald J. Trump,
                                              Donald J. Trump for President, Inc.,
                                              Edward Deck, XMark, LLC,
                                              and Rep. Fred Doucette,

                                              By Their Attorneys,

Date:  December 31, 2020                    /s/ Bryan K. Gould
                                              Bryan K. Gould, Esq. (NH Bar #8165)
                                              Cooley A. Arroyo, Esq. (NH Bar #265810)
                                              Nickolas S. Arnold, Esq. (NH Bar #271585)
                                              CLEVELAND, WATERS AND BASS, P.A.
                                              Two Capital Plaza, P.O. Box 1137
                                              Concord, NH 03302-1137
                                              Telephone: (603) 224-7761
                                              Facsimile: (603) 224-6457

## **CERTIFICATE OF SERVICE**

      I hereby certify that the within pleading is being served electronically upon the persons listed below through the court's ECF system.

      Christian Hinrichsen, Esq.
      Samantha D. Elliott, Esq.
      Adam B. Pignatelli, Esq.
      Jonathan S. Spaeth, Esq.
      Peter Cowan, Esq.
      Chloe F. Golden, Esq.
      Roderick Webber (pro se)

Date:  December 31, 2020                    /s/ Bryan K. Gould
                                              Bryan K. Gould, Esq.